**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 27 2015 ★

BROOKLYN OFFICE

Telephone (516) 791-4400
Telecopier (516) 791-4411

January 21, 2015

**VIA ECF**
The Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY

RE:   Laine v. Professional Recovery
        15 CV 795 (ARR) (SMG)

Dear Chief Magistrate Judge Gold:

I represent the plaintiff in the above matter. Please be advised that the above matter has settled. The parties should be in a position to file a notice of voluntary dismissal within thirty days.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

*[Handwritten order:] ORDERED that this case is discontinued without prejudice to reopening by March 23, 2015 if the settlement is not consummated.*
/s/(ARR)